Prob 12C (12/04)
(D/KS 01/2022)

PACTS# 5412473

# United States District Court
## for the
## District of Kansas

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Robert Odsor Hampton III**      Case Number: **1083 5:18CR40082-001**

Sentencing Judicial Officer: Honorable Holly L. Teeter, U.S. District Judge

Date of Original Sentence: 10/09/2019

Original Offense:   Felon in Possession of a Firearm, in violation of 18 U.S.C § 922(g)(1) and 18 U.S.C § 924(a)(2)

Original Sentence:  40 Months Prison, 24 Months Supervised Release

Type of Supervision: Supervised Release        Date Supervision Commenced: 05/14/2021
Asst. U.S. Attorney:  Gregory G. Hough                  Defense Attorney: Carl Folsom

## PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | **Mandatory Condition #2: You must not unlawfully possess a controlled substance.** |

The defendant possessed methamphetamine, a felony punishable by a term of imprisonment exceeding one year, as evidenced by the positive drug test(s) submitted for this substance on June 10, 2021, June 30, 2021, July 2, 2021, July 15, 2021, September 3, 2021, February 28, 2022 and April 6, 2022, in violation 21 U.S.C. § 844 after having a prior drug conviction in Shawnee County case number 08CR1713.

The defendant possessed marijuana, a felony punishable by a term of imprisonment exceeding one year, as evidenced by the positive drug tests submitted for this substance on June 10, 2021, June 30, 2021, July 2, 2021, February 28, 2022 and April 6, 2022, in violation 21 U.S.C. § 844, in violation 21 U.S.C. § 844 after having a prior drug conviction in Shawnee County case number 08CR1713.

Prob 12C  
Name of Offender: Robert Odsor Hampton III

-2-

Case Number: 1083 5:18CR40082-001

**2**     **Mandatory Condition #3:** **You must refrain from any unlawful use of a controlled substance.**

On June 10, 2021, the defendant submitted a urine sample which subsequently screened positive for methamphetamine and marijuana. The defendant admitted to using methamphetamine and marijuana on or about June 8, 2021 and signed an Admission of Usage form.

On June 30, 2021, the defendant submitted a urine sample which subsequently screened positive for methamphetamine and marijuana. The defendant admitted to using methamphetamine on or about June 26, 2021 and signed an Admission of Usage form. The defendant reported his marijuana use was from June 10, 2021 when he last admitted to marijuana use.

On July 15, 2021, the defendant submitted a urine sample which was positive for methamphetamine.

On July 16, 2021, the defendant admitted to using methamphetamine on or about July 12, 2021 and signed an Admission of Usage form.

On September 3, 2021, the defendant submitted a urine sample which subsequently confirmed positive for methamphetamine.

On February 28, 2022, the defendant submitted a urine sample which subsequently screened positive for methamphetamine. The defendant admitted to using methamphetamine on or about February 27, 2022 and signed an Admission of Usage form.

On April 6, 2022, the defendant submitted a urine sample which subsequently screen positive for methamphetamine and marijuana. The defendant admitted to using methamphetamine and marijuana or about April 4, 2022 and signed an admission of usage form.

*For the purposes of applying the provisions of 18 U.S.C. §§ 3565(b)(4) or 3583(g)(4) (mandatory revocation for submitting more than three (3) positive drug tests in a 12-month period),* **the defendant has submitted 7 positive qualifying sample(s)**. *If the Court finds that the positive drug test(s) constitutes possession of a controlled substance the Court is required to revoke supervision and impose a sentence that includes a term of imprisonment. 18 U.S.C. §§ 3565(b), 3583(g). The Court shall also consider whether the availability of appropriate substance abuse programs, or the offender's current or past participation in such programs, warrants an exception from the requirement of mandatory revocation and imprisonment under 18 U.S.C. §§ 3565(b), 3583(g). 18 U.S.C. §§ 3563(a), 3583(d). U.S. v Hammonds, 370 F.3d 1032 (10th Cir. 2004).*

Prob 12C                                                                       -3-
*Name of Offender: Robert Odsor Hampton III*                    *Case Number: 1083 5:18CR40082-001*

| | | |
|---|---|---|
| 3 | | **Mandatory Condition #1: You must not commit another federal, state, or local crime.** |

On June 26, 2021, Mr. Hampton III was arrested by Topeka Police Officers in Topeka, Kansas for Disorderly Conduct (Case #2021-00052087). Topeka Police reports state Mr. Hampton III ran towards a hospital security vehicle and was hanging on the window and scared the guard driving the vehicle. Topeka Police reports state Mr. Hampton III was clearly on some type of drugs. Mr. Hampton III admitted to using methamphetamine this same day.

| | | |
|---|---|---|
| 4 | | **Special Condition: You must successfully participate and successfully complete an approved program for substance abuse which may include urine, breath, or sweat patch testing, and/or outpatient treatment, and share in the costs, based on the ability to pay, as directed by the Probation Office. You must abstain from the use and possession of alcohol and other intoxicants during the term of supervision.** |

Mr. Hampton failed to report for substance abuse treatment services at Valeo Behavioral Health Center in Topeka, Kansas, on July 22, 2021, August 12, 2021, February 23, 2022, March 17, 2022 and March 18, 2022. Mr. Hampton was discharged from treatment services at Valeo on April 4, 2022, due to not engaging in services.

Mr. Hampton failed to report for drug testing at Valeo Behavioral Health Center in Topeka, Kansas, on March 19, 2022 and March 30, 2022.

U.S. Probation Officer Recommendation:

Due to Mr. Hampton's continued drug use and his noncompliance with treatment interventions and services this officer is requesting a summons be issued.

    The term of supervision should be:

        ☒ Revoked
        ☐ Extended for  years, for a total term of  years.

☐ The conditions of supervision should be modified as follows:

Prob 12C  -4-
*Name of Offender:* Robert Odsor Hampton III    Case Number: 1083 5:18CR40082-001

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 04/06/2022

by *Courtney Smith*

Approved:

Courtney Smith
U.S. Probation Officer

*Joel R. Cromwell*

Joel R. Cromwell, SUSPO

---

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☐ The Issuance of a Warrant. Docket Entry, Petition, and Warrant sealed and not to be distributed to counsel of record. Docket Entry, Petition, and Warrant unsealed upon arrest.
☒ The Issuance of a Summons
☐ Other:

*/s/ Holly L. Teeter*
Signature of Judicial Officer

April 7, 2022
Date

Defendant to appear on April 11, 2022 at 1:30pm
before the Honorable Rachel E. Schwartz, U.S. Magistrate Judge,
Courtroom Number 404 in Topeka, Kansas.